JDPA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 SEP -8 AM 10:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Francisco MEDINA-Soberanes,**<br>Defendant | Magistrate Docket No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Section 1326<br>Deported Alien Found in the United States<br><br>'08 MJ 2763 |

The undersigned complainant, being duly sworn, states:

On or about **September 5, 2008** within the Southern District of California, defendant, **Francisco MEDINA-Soberanes,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Dwain R. Holmes Jr.
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **8th** DAY OF **SEPTEMBER, 2008**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

DUA 9/5/08 gc

**PROBABLE CAUSE STATEMENT**

I declare under the penalty of perjury that the following statement is true and correct:

On September 5, 2008 at approximately 9:00 a.m., Border Patrol Agent L. Garcia was performing his assigned, uniformed, patrol duties near Otay Mesa, California. At that time the Remote Video Surveillance Operator advised via bureau radio that a group of individuals had just jumped over the United States/Mexico Border fence near the California Highway Patrol Inspection Facility. The group was observed running northward toward Marconi Place.

Agent Garcia drove his marked service vehicle to that location and began searching the area for the group. At approximately 9:10 a.m. Agent Garcia observed several people running northbound on Marconi Place toward a fenced-in commercial vehicle parking facility. Border Patrol Agents V. Campos, M. Mora and D. Frescas entered the facility and began a search of that area. These agents located several undocumented aliens hiding in the truck facility when Agent Campos observed an individual jumping over the fence on the southern side of the lot. Agent Campos advised via service radio that the individual was wearing a checkered shirt and brown pants. Agent Garcia immediately entered that facility by walking up the driveway to the location where Agent Campos stated the individual was hiding. At approximately 9:15 a.m., Agent Garcia located an individual wearing a checkered shirt and brown pants standing on the rear bumper of a trailer that was backed up to a security wall. The individual appeared to be attempting to conceal himself between the truck and the wall. Agent Garcia approached the individual and identified himself as a Border Patrol Agent. Agent Garcia then questioned the individual as to his immigration status. The individual, later identified as defendant **Francisco MEDINA-Soberanes**, stated that he is a citizen and national of Mexico. The defendant also stated that he entered the United States illegally from Mexico by jumping over the Border Fence with the group of individuals we had apprehended. The defendant stated that he is not in possession of documents allowing him to enter or remain in the United States legally, nor does he have any petitions for immigration status pending. Agent Garcia placed the defendant under arrest and had him transported to the Chula Vista Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **June 12, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**CONTINUATION OF COMPLAINT:**
**Francisco MEDINA-Soberanes**

The defendant was advised of his Miranda Rights, stated he understood his rights, and was willing to answer questions without the presence of an attorney. Ortiz also stated, that he is a citizen and national of Mexico, illegally present in the United States with no immigration documents that would allow him to enter in or remain legally.

**Executed on September 6, 2008 at 9:00 a.m.**

Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **2** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **September 5, 2008**, in violation of Title 8, United States Code, Section **1326**.

Louisa S. Porter
United States Magistrate Judge

9/6/08 NOON
Date/Time